JUDGE TORRES

**22 MC 00110**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SUBPOENA TO ACKMAN-ZIFF REAL ESTATE GROUP, LLC | Misc. Action No. _____ |
| NEXTDOOR, INC., a Delaware Corporation, *Plaintiff*, v. 420 TAYLOR VENTURES, LLC, a Delaware Limited Liability Company, NT 420 TAYLOR OWNER LLC, a Delaware Limited Liability Company, NH 420 TAYLOR OWNER LLC, a Delaware Limited Liability Company, 420 TAYLOR HOLDINGS OWNER LLC, a Delaware Limited Liability Company, SEVEN EQUITY GROUP, LLC, and DOES 1–50, *Defendants*. | Civil Action No. 3:21-cv-03341-EMC United States District Court for the Northern District of California |

## NOTICE OF MOTION TO QUASH

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and pursuant to Federal Rule of Civil Procedure 45(d)(3) and Local Civil Rule 6.1, 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC (collectively, the "Moving Parties"), by and through the undersigned counsel, respectfully moves this Court to quash the subpoena *duces tecum* served by Nextdoor, Inc. on non-party Ackman-Ziff Real Estate Group, LLC. In the alternative, Moving Parties respectfully request that the Court enter an order substantially limiting the scope of the subpoena, along with such other and further relief as this Court deems just and proper.

[SIGNATURE ON NEXT PAGE]

|  |  |
|---|---|
| Dated: April 12, 2022 | Respectfully submitted,<br><br>*/s/ Lewis Zirogiannis*<br>Lewis Zirogiannis<br>FOLEY & LARDNER LLP<br>90 Park Avenue<br>New York, New York 10016<br>Phone: (212) 682-7474<br>Fax:    (212) 687-2329<br>lzirogiannis@foley.com<br><br>*Attorney for 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC and Seven Equity Group, LLC* |