UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

420 TAYLOR VENTURES, LLC; NT 420 TAYLOR OWNER LLC; NH 420 TAYLOR OWNER LLC; 420 TAYLOR HOLDINGS OWNER LLC; and SEVEN EQUITY GROUP, LLC,

        Movants,

-against-

NEXTDOOR, Inc.,

        Respondent,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/20/2022_
```

22 Misc. 110 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has received the parties' requests to seal exhibits dated April 18, 2022. *See* ECF Nos. 8 & 12. Both requests indicate that they are being made because other parties have designated these documents as "Confidential" pursuant to the terms of a Protective Order in effect in *Nextdoor, Inc. v. 420 Taylor Ventures, LLC, et al.*, No. 21 Civ. 03341, ECF No. 120 (N.D. Cal. 2021). The Court shall not permit sealing of documents merely because information contained therein is subject to a stipulated protective order because "bargained-for confidentiality does not overcome the presumption of access to judicial documents." *Bernstein v. O'Reilly*, 307 F. Supp. 3d 161, 168 (S.D.N.Y. 2018).

    Additionally, under the Court's Individual Practices in Civil Cases Rule IV.A.ii, "[w]hen a party seeks leave to file sealed or redacted materials on the ground that an opposing party or third party has requested it, that party shall notify the opposing party or third party that it must file, within three days, a letter explaining the need to seal or redact the materials." Accordingly, by **April 21, 2022**, the parties shall file a letter indicating their compliance with Rule IV.A.ii. If the Court does not receive a letter from the interested parties by **April 26, 2022**, the Court shall unseal the exhibits.

    SO ORDERED.

Dated: April 20, 2022
       New York, New York

                            ANALISA TORRES
                          United States District Judge