UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/25/2022__
```

420 TAYLOR VENTURES, LLC; NT 420 TAYLOR OWNER LLC; NH 420 TAYLOR OWNER LLC; 420 TAYLOR HOLDINGS OWNER LLC; and SEVEN EQUITY GROUP, LLC,

      Movants,

-against-

NEXTDOOR, Inc.,

      Respondent.

22 Misc. 110 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  On April 20, 2022, the Court ordered the parties to file a letter indicating their compliance with Rule IV.A.ii of the Court's Individual Practices in Civil Cases by April 21, 2022. ECF No. 14. Movants' letter is overdue. Accordingly, by **April 26, 2022**, at **12:00 p.m.**, Movants shall file their letter with the Court.

  SO ORDERED.

Dated: April 25, 2022
   New York, New York

                  _____
                   ANALISA TORRES
                United States District Judge