UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

420 TAYLOR VENTURES, LLC; NT 420 TAYLOR OWNER LLC; NH 420 TAYLOR OWNER LLC; 420 TAYLOR HOLDINGS OWNER LLC; and SEVEN EQUITY GROUP, LLC,

                  Movants,

-against-

NEXTDOOR, Inc.,

                  Respondent.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2022
```

22 Misc. 110 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On April 18, 2022, the Court received the parties' requests to seal exhibits attached to certain filings. *See* ECF Nos. 8 and 12. Because both requests indicated that they were being made because other parties have designated these documents as "Confidential" pursuant to the terms of a Protective Order in effect in *Nextdoor, Inc. v. 420 Taylor Ventures, LLC, et al.*, No. 21 Civ. 03341, ECF No. 120 (N.D. Cal. 2021), on April 20, 2022, the Court ordered the parties to file letters indicating their compliance with Rule IV.A.ii of the Court's Individual Practices in Civil Cases by April 21, 2022. ECF No. 14. The Court also stated that, if it "does not receive a letter from the interested parties by April 26, 2022, the Court shall unseal the exhibits." *Id.*

       On April 21, 2022, Respondent confirmed that it notified the interested parties on April 18, 2022, "of their obligation to file a letter within three days explaining the need to seal Exhibits G & H to the Declaration of Dakota S. Speas." ECF No. 15. And, on April 25, 2022, Movants confirmed that they notified the interested party on April 18, 2022, "of its obligation to file, within three days, a letter explaining why the documents [Movants] attached to their reply should remain sealed." ECF No. 17.

       As of the writing of this order, the Court has not received any letters from the interested parties. Accordingly, the Clerk of Court is directed to unseal the documents at ECF Nos. 10 and 13.

       SO ORDERED.

Dated: May 2, 2022
       New York, New York

                                                              ANALISA TORRES
                                               United States District Judge