```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/17/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

420 TAYLOR VENTURES, LLC; NT 420 TAYLOR OWNER LLC; NH 420 TAYLOR OWNER LLC; 420 TAYLOR HOLDINGS OWNER LLC; and SEVEN EQUITY GROUP, LLC,

                Movants,

-against-

NEXTDOOR, Inc.,

                Respondent.

22 Misc. 110 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the letter dated May 13, 2022, which states that the parties and Ackman-Ziff Real Estate Group, LLC ("Akman-Ziff") are working towards an informal resolution of this dispute. ECF No. 22. Accordingly, Movants, Respondent, and Ackman-Ziff shall continue to meet and confer to discuss a possible resolution of this matter. Because the subpoena at issue will likely be narrowed during this process, the Court does not find that further briefing on the original motion is beneficial at this time. Accordingly, by **June 14, 2022**, the parties and Akman-Ziff shall submit a joint status letter.

    SO ORDERED.

Dated: May 17, 2022
       New York, New York

ANALISA TORRES
United States District Judge