UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

420 TAYLOR VENTURES, LLC; NT 420
TAYLOR OWNER LLC; NH 420 TAYLOR
OWNER LLC; 420 TAYLOR HOLDINGS
OWNER LLC; and SEVEN EQUITY
GROUP, LLC,

                Movants,

-against-

NEXTDOOR, Inc.,

                Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/16/2022__

22 Misc. 110 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letter dated June 14, 2022. ECF No. 24. Accordingly, by **July 18, 2022**, the parties shall file a joint status letter updating the Court on the status of settlement or a stipulation of dismissal.

    SO ORDERED.

Dated: June 16, 2022
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge