```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/19/2022_
```

420 TAYLOR VENTURES, LLC; NT 420 TAYLOR OWNER LLC; NH 420 TAYLOR OWNER LLC; 420 TAYLOR HOLDINGS OWNER LLC; and SEVEN EQUITY GROUP, LLC,

                    Movants,

-against-

NEXTDOOR, Inc.,

                    Respondent.

22 Misc. 110 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letter dated August 18, 2022. ECF No. 28. Accordingly, by **September 19, 2022**, the parties shall file a joint status letter updating the Court on the status of settlement or a stipulation of dismissal.

    SO ORDERED.

Dated: August 19, 2022
       New York, New York

                                          ANALISA TORRES
                                  United States District Judge