```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
420 TAYLOR VENTURES, LLC; NT 420
TAYLOR OWNER LLC; NH 420 TAYLOR
OWNER LLC; 420 TAYLOR HOLDINGS
OWNER LLC; and SEVEN EQUITY
GROUP, LLC,

                      Movants,

-against-

NEXTDOOR, Inc.,

                      Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/21/2022_

22 Misc. 110 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letter dated August 18, 2022. ECF No. 28. Accordingly, by **October 19, 2022**, the parties shall file a joint status letter updating the Court on the status of settlement or a stipulation of dismissal.

    SO ORDERED.

Dated: September 21, 2022
       New York, New York

                                                        ANALISA TORRES
                                                 United States District Judge