UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

420 TAYLOR VENTURES, LLC; NT 420 TAYLOR OWNER LLC; NH 420 TAYLOR OWNER LLC; 420 TAYLOR HOLDINGS OWNER LLC; and SEVEN EQUITY GROUP, LLC,

                  Movants,

-against-

NEXTDOOR, Inc.,

                  Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/14/2022_

22 Misc. 110 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letter dated October 19, 2022. ECF No. 32. Accordingly, by **November 21, 2022**, the parties shall file a joint status letter updating the Court on the status of settlement or a stipulation of dismissal.

    SO ORDERED.

Dated: November 14, 2022
       New York, New York

                                                ANALISA TORRES
                                        United States District Judge