**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

February 6, 2023

<u>VIA ECF</u>

The Honorable Analisa Torres                  cc:     All counsel of record
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     <u>*420 Taylor Ventures, LLC, et al. v. Nextdoor, Inc.*, Case No. 1:22-mc-00110-AT</u>

Dear Judge Torres:

       In accordance with your Order (ECF No. 37, the "Order"), Nextdoor, Inc. ("Nextdoor") and Ackman-Ziff Real Estate Group, LLC ("Ackman-Ziff") write to provide an update on the status of the above-referenced matter (the "Subpoena Matter"). On February 6, 2023, Nextdoor requested the approval of 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC (the "Moving Parties") to file this letter jointly, but Nextdoor did not receive a response from the Moving Parties before this letter was filed.

       Nextdoor is pleased to report that since the last status update, Nextdoor and the Moving Parties signed a final settlement agreement regarding this Subpoena Matter and *Nextdoor, Inc. v. 420 Taylor Ventures, LLC, et al.*, Case No. 3:21-cv-03341-EMC (the "Underlying Action"). The Parties are currently working to satisfy certain conditions of the settlement that are prerequisites to the dismissal of the Underlying Action and this Subpoena Matter. Per the final settlement agreement, Nextdoor anticipates satisfaction of the final prerequisite to dismissal to occur on or before **May 1, 2023**. Accordingly, Nextdoor respectfully requests that this Subpoena Matter be stayed until May 15, 2023, pending satisfaction of the final conditions to filing stipulated requests to dismiss, with prejudice, both the Underlying Action and this Subpoena Matter.

                                                                                                        Respectfully,

                                                                                     <u>*/s/ Ian Weiss*</u>
                                                                                      Ian Weiss

**quinn emanuel urquhart & sullivan, llp**

ATLANTA | AUSTIN | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH